UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEVAN MICHELLE ABRAHAM<br>by next friend Ruth LaJuene Morgan<br><br>Plaintiffs<br><br>v.<br><br>DISTRICT OF COLUMBIA<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 01-cv-27 (RCL)<br>)<br>)<br>)<br>)<br>) |

[PROPOSED] ORDER

For the reasons set forth in the Memorandum Opinion issued this date in *Keith Allen, et al. v. District of Columbia*, No. 00-cv-591, it is hereby

**ORDERED** that Defendant shall pay Plaintiffs, within 30 days of the date of this Order, $17,844.80, an amount which represents the remaining interest owed to Plaintiffs on the capped attorney's fees and costs in this case.

**SO ORDERED.**

Date: 12/21/21

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE